# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **LAMAR McCOY, #243521,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 19-00581-JB-B |
| **MONROE COUNTY SHERIFF'S DEPARTMENT**, *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), because Plaintiff's claims are either frivolous or fail to state a claim upon which relief may be granted.

**DONE** this 5th day of March, **2020**.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE